**Tomell M. THOMAS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77523**

Missouri Court of Appeals,
Western District.

ORDER FILED: September 15, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied October 27, 2015

Application for Transfer Denied December 22, 2015

sary to the determination of all questions to be presented." Rule 81.12(a),(c).

**184**

S. Kate Webber, Kansas City, MO, Counsel for Appellant.

Daniel McPherson, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Thomas H. Newton, P.J., Victor C. Howard, and Mark D. Pfeiffer, JJ.

## ORDER

Per Curiam:

Ms. Tomell M. Thomas appeals from a judgment overruling and dismissing with prejudice her post-conviction relief motions under Rule 24.035 following an evidentiary hearing. For reasons stated in the memorandum provided to the parties, the judgment of the trial court is affirmed in accordance with Rule 84.16(b).